# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

CRAIG BOSTON

v.

CIVIL ACTION NO. 20-CV-2669

WARDEN LAGANNA,
DR. ABBY CASSIDY,
PRIMCARE INC.

## AFFIDAVIT

I AM REACHING OUT TO THE HONORABLE JUDGE GERALD J. PAPPERT FOR HELP IN MY CURRENT SITUATION. IN ADDITION TO THE CIRCUMSTANCE OF MY CONFINEMENT IN THE M.H.U. (MENTAL HEALTH UNIT) I AM OVERLOOKED BY MEDICAL AND MENTAL HEALTH STAFF. I HAVE SPENT YEARS IN CONFINEMENT. TO ADD TO MY ALREADY HARSH SITUATION I WAS PROMISED TIME OUT OF MY CELL FOR ACCOMPLISHING 60 DAY GOOD BEHAVIOR. I MEET THAT MARK ON AUGUST 21, 2020. THE ADMINSTRATION DID NOT GIVE ME TIME OUT OF MY CELL. THE STRESS I'm GOING THROUGH IS TOO HARD TO BARE RIGHT NOW. WHEN WILL SOMEONE INTERVENE. HOW MUCH MORE CAN I TAKE OF THIS. I DON'T WANT TO EXIST. I'm BEING RETALIATED AGAINST WITH MENTAL TORCHURE. WHAT CAN I DO FOR HELP? DO I REALLY ONLY HAVE SUICIDE AS A WAY OUT. I HAVE NO ONE ON MY SIDE. DO YOU KNOW WHAT IT'S LIKE TO FEEL TOTALLY ALONE, UNSAFE, HOPELESS? THERE'S NOTHING MORE THAT I CAN DO. **I NEED HELP!**

I'M BEING RANDOMLY PLACED ON CLOSE OBSERVATION (ACUTE WATCH) IN EFFORT TO OBSTRUCT LEGAL CORRESPONDENCE.

*Craig Boston* 8/26/20

CRAIG B. 120746
1730 S. EASTON RD.
DOYLESTOWN, PA 18901

CLERK OF COURT
ROOM 2609
601 MARKET ST.
Phila, PA 19106

